AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

| | | |
|---|---|---|
| LAWRENCE WALEWSKI, individually and on behalf of all others similarly situated, | ) | |
| *Plaintiff* | ) ) ) | |
| v. ZENIMAX MEDIA, INC., et. al. | ) ) ) | Civil Action No. 6:11-cv-01178-JA-DAB |
| *Defendant* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ZENIMAX MEDIA, INC.
c/o Registered Agent, J. Griffin Lesher
1370 Picard Drive
Suite 120
Rockville, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Teppler
Edelwon McGuire LLC
5715 Firestone Court
Sarasota, FL 34238

Jay Edelson
Rafey Balabanian
Bradley Baglien
Edelson McGuire LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 1, 2011

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

LAWRENCE WALEWSKI, individually and on behalf of all others similarly situated,

*Plaintiff*

v.

ZENIMAX MEDIA, INC., et. al.

*Defendant*

Civil Action No. 6:11-cv-01178-JA-DAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BETHESDA SOFWORKS, LLC
c/o Registered Agent, J. Griffin Lesher
1370 Picard Drive
Suite 120
Rockville, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Teppler
Edelwon McGuire LLC
5715 Firestone Court
Sarasota, FL 34238

Jay Edelson
Rafey Balabanian
Bradley Baglien
Edelson McGuire LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 1, 2011

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*