# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAWRENCE WALEWSKI,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:11-cv-1178-Orl-28DAB**

**ZENIMAX MEDIA, INC., and BETHESDA SOFTWORKS, LLC.,**

        **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO APPEAR PRO HAC VICE (Doc. No. 6)**
>
> **FILED:** August 1, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

> **MOTION:** **MOTION TO APPEAR PRO HAC VICE (Doc. No. 7)**
>
> **FILED:** August 1, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

> **MOTION:** **MOTION TO APPEAR PRO HAC VICE (Doc. No. 8)**
>
> **FILED:** August 1, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

All of the motions seek special admission pursuant to Local Rule 2.02, which allows for such admission for non-resident attorneys who are members "in good standing of the bar of any *District Court of the United States*" (emphasis added). Each of the nominated attorneys are represented to be members in good standing of the bar of the State of Illinois. Absent any showing that counsel are also members of a District Court bar, the motions are denied. Counsel may reapply for special admission, upon the required showing.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2011.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record