## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

LAWRENCE WALEWSKI, individually and on behalf
of all others similarly situated,

                                                  Case No. 6:11-cv-01178 JA/DAB

        *Plaintiff*,

ZENIMAX MEDIA, INC., a Delaware Corporation,
and BETHESDA SOFTWORKS, LLC, a Delaware
Limited Liability Company,

        *Defendants*,

_____/

### MOTION TO ADMIT BRADLEY M. BAGLIEN *PRO HAC VICE*

       Steven W. Teppler, pursuant to Local Rule 2.02 of the U.S. District Court for the Middle District of Florida, and pursuant to the Court's order dated August 4, 2011, hereby files this motion requesting the admission *pro hac vice* of Bradley M. Baglien in the above-captioned matter. A copy of a proposed order is submitted herewith.

       The grounds upon which this motion is based are as follows:

1.     Mr. Baglien practices with the law firm of Edelson McGuire LLC, in Chicago, Illinois, counsel for Lead Plaintiff Movant Lawrence Walewski ("Plaintiff").

2.     Mr. Baglien is a member in good standing of the bar of the State of Illinois, is admitted to and is a member in good standing of the United States District Court for the Northern District of Illinois, and does not appear regularly in this Court to such a degree as to constitute the regular practice of law in the State of Florida.

3.      Mr. Baglien is familiar with the Local Rules and agrees to abide by them, as well as the

Code of Professional Responsibility and other ethical limitations or requirements governing the

professional behavior of members of the Florida Bar.

4.      Mr. Teppler is admitted to the Florida Bar and is a member of the law firm of Edelson

McGuire, LLC, upon whom all notices and papers may be served, and who will be responsible

for the progress of the case, including the trial in default of non-resident counsel.

       **WHEREFORE**, Plaintiff Movant Lawrence Walewski, requests that Bradley M Baglien

be admitted *pro hac vice* pursuant to Local Rule 2.02 of the U.S. District Court for the Middle

District of Florida.

Dated:  August 4, 2011

                                              Respectfully submitted,


                                              By: _____
                                                   Steven W. Teppler
                                                   One of Mr. Walewski's Attorneys

Steven W. Teppler
Florida Bar Number 14787
steppler@edelson.com
EDELSON MCGUIRE LLC
5715 Firestone Court
Sarasota, FL 34238
Telephone: (941) 487-0050
Facsimile: (312) 572-7210

Jay Edelson
jedelson@edelson.com
Rafey Balabanian
rbalabanian@edelson.com
Bradley Baglien
bbaglien@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60604
Telephone: (312) 589-6370

Facsimile: (312) 589-6378

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/Steven W. Teppler
Steven W. Teppler

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

LAWRENCE WALEWSKI, individually and on behalf
of all others similarly situated,

Case No. 6:11-cv-01178 JA/DAB

*Plaintiff*,

ZENIMAX MEDIA, INC., a Delaware Corporation,
and BETHESDA SOFTWORKS, LLC, a Delaware
Limited Liability Company,

*Defendants*,

_____/

## [PROPOSED] ORDER ADMITTING BRADELY M. BAGLIEN *PRO HAC VICE*

Upon review of the instant Motion to Admit Bradley M. Baglien *pro hac vice*, and

supporting documentation it is hereby

**ORDERED:** that the motion to Admit Bradley M. Baglien  *pro hac vice* in this matter is

hereby granted.

**DONE AND ORDERED**, in chambers this ___ day of August, 2011.

_____
United States Magistrate Judge

4