**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

LAWRENCE WALEWSKI, individually and on behalf
of all others similarly situated,

                                                  Case No. 6:11-cv-01178 JA/DAB

    *Plaintiff*,

ZENIMAX MEDIA, INC., a Delaware Corporation,
and BETHESDA SOFTWORKS, LLC, a Delaware
Limited Liability Company,

    *Defendants*,
_____/

### [PROPOSED] ORDER ADMITTING BRADLEY M. BAGLIEN *PRO HAC VICE*

    Upon review of the instant Motion to Admit Bradley M. Baglien *pro hac vice*, it is hereby

    **ORDERED:** that the motion to admit Bradley M. Baglien *pro hac vice* in this matter is hereby granted.

**DONE AND ORDERED**, in chambers this ___ day of August, 2011.

                                                                        _____
                                                                        United States Magistrate Judge