**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**


LAWRENCE WALEWSKI, individually and on behalf
of all others similarly situated,

                                        Case No. 6:11-cv-01178 JA/DAB

        *Plaintiff*,


ZENIMAX MEDIA, INC., a Delaware Corporation,
and BETHESDA SOFTWORKS, LLC, a Delaware
Limited Liability Company,

        *Defendants*,

_____/


### [PROPOSED] ORDER ADMITTING RAFEY BALABANIAN *PRO HAC VICE*

        Upon review of the instant Motion to Admit Rafey Balabanian *pro hac vice*, and

supporting documentation, it is hereby

        **ORDERED:** that the motion to admit Rafey Balabanian *pro hac vice* in this matter is
hereby

granted.

**DONE AND ORDERED**, in chambers this ___ day of August, 2011.


                                        _____
                                        United States Magistrate Judge