### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA

LAWRENCE WALEWSKI, individually and on behalf
of all others similarly situated,

                                                                           Case No. 6:11-cv-01178 JA/DAB

      *Plaintiff*,

ZENIMAX MEDIA, INC., a Delaware Corporation,
and BETHESDA SOFTWORKS, LLC, a Delaware
Limited Liability Company,

      *Defendants*,
_____/

### MOTION TO ADMIT JAY EDELSON *PRO HAC VICE*

      Steven W. Teppler, pursuant to Local Rule 2.02 of the U.S. District Court for the Middle District of Florida, and the Court's Order dated August 4, 2011, hereby files this motion requesting the admission *pro hac vice* of Jay Edelson in the above-captioned matter. A copy of a proposed order is submitted herewith.

      The grounds upon which this motion is based are as follows:

1.    Mr. Edelson practices with the law firm of Edelson McGuire LLC, in Chicago, Illinois, counsel for Lead Plaintiff Movant Lawrence Walewski ("Plaintiff").

2.    Mr. Edelson is a member in good standing of the bar of the State of Illinois, is admitted to and is a member in good standing of the United States District Court for the Northern District of Illinois, and does not appear regularly in this Court to such a degree as to constitute the regular practice of law in the State of Florida.

3.      Mr. Edelson is familiar with the Local Rules and agrees to abide by them, as well as the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

4.      Mr. Teppler is admitted to the Florida Bar and is a member of the law firm of Edelson McGuire, LLC, upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial in default of non-resident counsel.

**WHEREFORE**, Plaintiff Movant Lawrence Walewski, requests that Jay Edelson be admitted *pro hac vice* pursuant to Local Rule 2.02 of the U.S. District Court for the Middle District of Florida.

Dated:  August 4, 2011

                                       Respectfully submitted,

                                       By: /s/ Steven W. Teppler
                                           Steven W. Teppler
                                           One of Mr. Walewski's Attorneys

Steven W. Teppler
Florida Bar Number 14787
steppler@edelson.com
EDELSON MCGUIRE LLC
5715 Firestone Court
Sarasota, FL 34238
Telephone: (941) 487-0050
Facsimile: (312) 572-7210

Jay Edelson
jedelson@edelson.com
Rafey Balabanian
rbalabanian@edelson.com
Bradley Baglien
bbaglien@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60604
Telephone: (312) 589-6370

Facsimile: (312) 589-6378

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/*Steven W. Teppler
Steven W. Teppler

Case 6:11-cv-01178-JA-DAB Document 12 Filed 08/04/11 Page 3 of 3 PageID 63