## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

LAWRENCE WALEWSKI, individually and on behalf
of all others similarly situated,

                                                             Case No. 6:11-cv-01178 JA/DAB

      *Plaintiff*,

ZENIMAX MEDIA, INC., a Delaware Corporation,
and BETHESDA SOFTWORKS, LLC, a Delaware
Limited Liability Company,

      *Defendants*,
_____/

### [PROPOSED] ORDER ADMITTING JAY EDELSON *PRO HAC VICE*

Upon review of the instant Motion to Admit Jay Edelson *pro hac vice*, it is hereby

**ORDERED:** that the motion to admit Jay Edelson *pro hac vice* in this matter is hereby granted.

**DONE AND ORDERED**, in chambers this ___ day of August, 2011.

                                                                     _____
                                                                     United States Magistrate Judge