**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAWRENCE WALEWSKI,**

           **Plaintiff,**

v.                                              Case No.  6:11-cv-1178-Orl-28DAB

**ZENIMAX MEDIA, INC., and BETHESDA**
**SOFTWORKS, LLC.,**

           **Defendants.**
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                          _____
                          _____
                          _____
                          _____

__X__   IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  August 24, 2011

_/s/ Steven Teppler_____
Counsel of Record or *Pro Se* Party
  EDELSON MCGUIRE LLC
  Florida Bar No. 14787
  5715 Firestone Court
  Sarasota, FL 34238
  Telephone: (941) 487-0050