UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LAWRENCE WALEWSKI,**

    Plaintiff,

vs.   Case No.  6:11-cv-1178-Orl-28DAB

**ZENIMAX MEDIA, INC., and
BETHESDA SOFTWORKS, LLC.,**

    Defendants.

_____/

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

    Pursuant to the Court's Certificate of Interested Persons Order dated August 1, 2011, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Steven W. Teppler
Counsel for Plaintiff
EDELSON MCGUIRE, LLC
5715 Firestone Court
Sarasota, FL 34238
Telephone: (941) 487-0050
Facsimile: (312) 572-7210

Jay Edelson
Ari Scharg
Rafey Balabanian
Counsel for Plaintiff
EDELSON MCGUIRE, LLC

350 North LaSalle Street, Suite 1300
Chicago, IL 60654

EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, IL  60654

Plaintiff Lawrence Walewksi

Defendant Zenimax Media, Inc.

Defendant Bethesda Softworks, LLC

 Plaintiff's counsel, Edelson McGuire LLC, has a financial interest in the above entitled proceeding.

 I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: August 24, 2011      EDELSON MCGUIRE LLC


                __/s/  Steven Teppler_____
                Steven Teppler
                EDELSON MCGUIRE, LLC
                Florida Bar No. 14787
                5715 Firestone Court
                Sarasota, FL 34238

3

## **CERTIFICATE OF SERVICE**

  I, Steven Teppler, an attorney, hereby certify that on August 24, 2011, I served the above and foregoing *Certificate of Interested Persons*, by causing true and accurate copies of such paper to be filed and transmitted to counsel of record via the Court's CM/ECF electronic filing system.

                /s/ Steven Teppler_____
                Steven Teppler