AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

LAWRENCE WALEWSKI, individually and on behalf of all others similarly situated,

*Plaintiff*

v.

ZENIMAX MEDIA, INC., et. al.

*Defendant*

Civil Action No. 6:11-cv-01178-JA-DAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BETHESDA SOFWORKS, LLC
c/o Registered Agent, J. Griffin Lesher
1370 Picard Drive
Suite 120
Rockville, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Teppler
Edelwon McGuire LLC
5715 Firestone Court
Sarasota, FL 34238

Jay Edelson
Rafey Balabanian
Bradley Baglien
Edelson McGuire LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 1, 2011

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Middle District of Florida

**Lawrence Walewski, individually and on behalf of all others similarly situated**

       Plaintiff(s),

VS.

**Zenimax Media, Inc., a Delaware Corporation, et al**

       Defendant(s).

Attorney: Jay Edelson

Edelson McGuire LLC
350 North LaSalle St., #1300
Chicago IL 60604

*48473*

**Case Number: 6:11-cv-01178-JA-DAB**

Legal documents received by Same Day Process Service, Inc. on **08/05/2011** at **5:14 PM** to be served upon **Bethesda Softworks, LLC, a Delaware Limited Liability Company at 1370 Picard Dr., #120 , Rockville, MD 20850**

I, **Daniel Williams**, swear and affirm that on **August 15, 2011** at **12:36 PM**, I did the following:

Served **Bethesda Softworks, LLC, a Delaware Limited Liability Company** by delivering a conformed copy of the **Summons in a Civil Action; Class Action Complaint** to J. Griffin Lesher as Resident Agent of Bethesda Softworks, LLC, a Delaware Limited Liability Company at 1370 Picard Dr., #120 , Rockville, MD 20850.

**Description of Person Accepting Service:**
Sex: Male Age: 57 Height: 5'9"–6'0" Weight: Over 200 lbs Skin Color: White Hair Color: Black & Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Daniel Williams
Process Server

**Same Day Process Service, Inc.**
**1219 11th St., NW**
**Washington DC 20001**

(202)-398-4200

Internal Job ID: 48473

District of Columbia: SS
Subscribed and Sworn to before me
this ___19___ day of ___August___, 2011

_____
Brandon Snesko, Notary Public, D.C.
My commission expires June 30, 2016