IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAWRENCE WALEWSKI, individually
and on behalf of all others similarly
situated,

    Plaintiff,

vs.                                       Case No.:    6:11-cv-1178

ZENIMAX MEDIA, INC., a Delaware
Corporation, and BETHESDA
SOFTWORKS, LLC, a Delaware
Limited Liability Company,

    Defendants.
_____/

**DEFENDANT'S CONSENTED TO MOTION TO EXTEND TIME**

    Defendants ZENIMAX MEDIA, INC., and BETHESDA SOFTWORKS, LLC ("Defendants"), hereby move this Honorable Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint. Defendants seek a twenty-day extension, until September 26, 2011 to respond.

    As grounds therefore, Defendants state that its counsel has only very recently learned of service upon Defendants, and that additional time will aid Defendants in responding thoroughly and appropriately to Plaintiff's Complaint. In addition, Defendants have made no prior requests for an extension of time in this matter, and an extension of time will not prejudice any party. Counsel for Defendants have conferred with counsel for Plaintiff, and Plaintiff consents to the relief requested herein.

Wherefore, Defendants request that this Honorable Court grant the relief requested herein, and order that Defendants' answer or response to Plaintiff's Complaint be due on or before Monday, September 26, 2011.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing has been furnished via CM/ECF to all counsel of record this 1st day of September, 2011.

    s/ William F. Jung
**William F. Jung, Esq.**
FBN: 380040
*Jung & Sisco, P.A.*
101 E. Kennedy Blvd., Ste. 3920
Tampa, FL 33602
P: (813) 225-1988
F: (813) 225-1392
wjung@jungandsisco.com
Attorney for Defendants