## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LAWRENCE WALEWSKI,
individually and on behalf of all
others similarly situated,

    Plaintiff,

vs.                                         Case No.:    6:11-cv-1178

ZENIMAX MEDIA, INC., a Delaware
Corporation, and BETHESDA SOFTWORKS, LLC,
a Delaware Limited Liability Company,

    Defendant.
_____/

## DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL

        COMES NOW, the Defendants, ZENIMAX MEDIA, INC., and BETHESDA SOFTWORKS, LLC, by and through the undersigned counsel, and files this Designation and Consent to Act as Local Counsel, pursuant to Rule 2.02, Middle District of Florida.  Undersigned local counsel William F. Jung is so designated.

        Further, Defendants' non-resident attorneys listed below certify pursuant to Local Rule 2.02(1) that they have paid the appropriate fee.

        Defendants' also state that the non-resident counsel, John T. Williams and Jason Nash, are member(s) in good standing of the Illinois Bar and the United States Court for the Northern District of Illinois.  They are aware of, and will abide by, all pertinent rules.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record this 16 day of September, 2011.

|  |  |
|---|---|
| s/ William F. Jung | s/John T. Williams |
| **William F. Jung, Esq.** | **John T. Williams, Esq.** |
| FBN: 380040 | s/ Jason H. Nash |
| *Jung & Sisco, P.A.* | **Jason H. Nash, Esq.** |
| 101 E. Kennedy Blvd., Ste. 3920 | *Hinkhouse Williams Walsh LLP* |
| Tampa, FL 33602 | 180 N. Stetson Avenue |
| P: (813) 225-1988 | Suite 3400 |
| F: (813) 225-1392 | Chicago, IL 60601 |
| wjung@jungandsisco.com | P: (312) 784-5419 |
| Attorney for Defendants | F: (312) 784-5499 |
|  | jwilliams@hww-law.com |
|  | jnash@hww-law.com |