IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAWRENCE WALEWSKI, individually and
on behalf all others similarly situated,

    Plaintiff,

v.                                                     Case No. 6:11-cv-01178-JA-DAB

ZENIMAX MEDIA INC., a Delaware
Corporation, and BETHESDA SOFTWORKS LLC,
a Delaware Limited Liability Company,

    Defendants.

_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendants ZeniMax Media Inc. and Bethesda Softworks LLC (collectively, "Defendants"), hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

1.    Defendants are aware of the following persons, attorneys, association of persons, firm, law firm, partnership, and corporation that have or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

- Plaintiff Lawrence Walewski
- Defendant ZeniMax Media Inc.
- Defendant Bethesda Softworks LLC
- Edelson McGuire, LLC

2. Defendants are not aware of any other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

3. Defendants are not aware of any person who may be entitled to restitution.

4. I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: September 26, 2011                Respectfully submitted,

s/ John T. Williams
HINKHOUSE WILLIAMS WALSH LLP
John T. Williams (admitted *pro hac vice*)
Jason H. Nash (admitted *pro hac vice*)
180 N. Stetson Avenue, Suite 3400
Chicago, Illinois  60601
Telephone: (312) 784-5400
Facsimile: (312) 784-5499
jwilliams@hww-law.com
jnash@hww-law.com

William F. Jung
FBN: 380040
JUNG & SISCO, P.A.
101 E. Kennedy Blvd., Ste. 3920
Tampa, FL 33602
Telephone: (813) 225-1988
Facsimile: (813) 225-1392
wjung@jungandsisco.com

***Attorneys For Defendants ZeniMax Media Inc. and Bethesda Softworks LLC***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was served upon the following counsel of record by electronic mail through the ECF System on September 26, 2011.

        s/ John T. Williams
        HINKHOUSE WILLIAMS WALSH LLP
        John T. Williams (admitted *pro hac vice*)
        Jason H. Nash (admitted *pro hac vice*)
        180 N. Stetson Avenue, Suite 3400
        Chicago, Illinois 60601
        Telephone: (312) 784-5400
        Facsimile: (312) 784-5499
        jwilliams@hww-law.com
        jnash@hww-law.com

        William F. Jung
        FBN: 380040
        JUNG & SISCO, P.A.
        101 E. Kennedy Blvd., Ste. 3920
        Tampa, FL 33602
        Telephone: (813) 225-1988
        Facsimile: (813) 225-1392
        wjung@jungandsisco.com

        ***Attorneys For Defendants ZeniMax Media Inc. and Bethesda Softworks LLC***

ND: 4821-1059-4826, v. 2