# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAWRENCE WALEWSKI,**

      **Plaintiff,**

**-vs-**                                               **Case No. 6:11-cv-1178-Orl-28DAB**

**ZENIMAX MEDIA, INC., and BETHESDA SOFTWORKS, LLC.,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on the following motion:

> **MOTION:**   **DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF (Doc. No. 28)**
>
> **FILED:**     **October 17, 2011**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. Defendants may file a Reply that does not exceed five (5) pages within seven (7) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24th day of October, 2011.

*/s/ John Antoon II*
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record