# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LAWRENCE WALEWSKI,

                  **Plaintiff,**

-vs-                                      **Case No.  6:11-cv-1178-Orl-28DAB**

ZENIMAX MEDIA, INC., and BETHESDA
SOFTWORKS, LLC.,

                  **Defendants.**

_____/

## ORDER

      This cause came on for consideration without oral argument on the following motions and papers filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO STRIKE CLASS ALLEGATIONS (Doc. No. 31)** |
| **FILED:** | **October 28, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (Doc. No. 33)** |
| **FILED:** | **October 31, 2011** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.  While no good cause is shown for the delay, where, as here, the delay is minimal and non-prejudicial, and Plaintiff has clearly not abandoned the action, the overriding principle is to determine cases on the merits.

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO FILE REPLY BRIEF (Doc. No. 35)** |
| **FILED:** | **November 7, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **FILING:** | **DEFENDANTS' CASE MANAGEMENT REPORT (Doc. No. 36)** |
| **FILED:** | **November 11, 2011** |
| _____ | |
| **THEREON** it is **ORDERED** that the filing is **STRICKEN**. | |
| **FILING:** | **PLAINTIFF'S CASE MANAGEMENT REPORT (Doc. No. 37)** |
| **FILED:** | **November 11, 2011** |
| _____ | |
| **THEREON** it is **ORDERED** that the filing is **STRICKEN**. | |

The parties are **ORDERED** to file, as required, a **joint** Case Management Report by Friday, November 18, 2011.  Plaintiff shall file the class certification motion as a separate docket entry within five days.

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2011.

_David A. Baker_____

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record