# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAWRENCE WALEWSKI,**

    **Plaintiff,**

**-vs-**              **Case No. 6:11-cv-1178-Orl-28DAB**

**ZENIMAX MEDIA, INC., and BETHESDA SOFTWORKS, LLC.,**

    **Defendants.**
_____/

## ORDER

This cause is before the Court on a *sua sponte* review of the file. The parties have filed their Joint Case Management Report ("CMR") (Doc. 41). It is not on the proper form. The CMR is hereby **STRICKEN**. The parties shall re-file their CMR on the proper form as directed in the Related Case Order and Track Two Notice (Doc. 3) within seven (7) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __22nd__ day of November, 2011.

Copies furnished to:
Counsel of Record

JOHN ANTOON II
United States District Judge