**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAWRENCE WALEWSKI,**

          **Plaintiff,**

**-vs-**                                  **Case No. 6:11-cv-1178-Orl-28DAB**

**ZENIMAX MEDIA, INC., and BETHESDA SOFTWORKS, LLC,**

          **Defendants.**
_____/

## ORDER

In this putative class action, Plaintiff brings claims of deceptive trade practices, false advertising, breach of implied warranty of merchantability, and unjust enrichment. The claims arise from an allegedly defectively designed video game developed by Defendant Bethesda Softworks LLC, a wholly-owned subsidiary of Defendant ZeniMax Media, Inc. The case is currently before the Court on the Motion to Dismiss (Doc. 25) filed by the Defendants.

In their motion, Defendants argue that Plaintiff's claims are due to be dismissed for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff has brought his claims under Maryland law but, according to Defendants, Florida law should govern this case. Defendants also argue that Plaintiff's claims are not adequately pleaded under Federal Rule of Civil Procedure 9(b), which requires particularity with regard to the pleading of fraud.

Upon consideration, it is **ORDERED** that the Motion to Dismiss (Doc. 25) is **DENIED**

insofar as it challenges the sufficiency of the substance of the Complaint's allegations and is **DENIED without prejudice** insofar as it raises the issue of what state's law will govern the claims in this case. No class has yet been certified; Plaintiff has filed a Motion for Class Certification (Doc. 40), but that motion is not yet ripe and Defendants have not yet responded to it. Because the issues of class certification, class scope, and choice of law may well be intertwined, the issue of choice of law is better left for a later stage of this litigation.

**DONE** and **ORDERED** in Orlando, Florida this 28th day of November, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record