**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAWRENCE WALEWSKI,**

        **Plaintiff,**

**-vs-**                                       **Case No. 6:11-cv-1178-Orl-28DAB**

**ZENIMAX MEDIA, INC., and BETHESDA SOFTWORKS, LLC,**

        **Defendants.**
_____/

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR LEAVE TO FILE REPLY** (Doc. No. 47)
>
> **FILED:** December 7, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part. Plaintiff may file a ten page reply no later than December 16, 2011.

**DONE** and **ORDERED** in Orlando, Florida on December 12, 2011.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record