**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAWRENCE WALEWSKI,**

        **Plaintiff,**

-vs-                                  **Case No. 6:11-cv-1178-Orl-28DAB**

**ZENIMAX MEDIA, INC., and BETHESDA SOFTWORKS, LLC,**

        **Defendants.**
_____/

# ORDER

This cause is before the Court on Defendants' Objections to the Magistrate Judge's November 15, 2011 Order (Doc. 44). The Order objected to (Doc. 39) was rendered by United States Magistrate Judge David A. Baker denying Defendants' Motion to Strike Class Allegations from Plaintiff's Class Action Complaint (Doc. 31) and granting Plaintiff's Motion for Leave to File Plaintiff's Motion for Class Certification (Doc. 33). The Court has reviewed the November 15, 2011 Order pursuant to Federal Rules of Civil Procedure 72(a) and finds that it is not clearly erroneous or contrary to law and it is thus **AFFIRMED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of December, 2011.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party