**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAWRENCE WALEWSKI,**

        **Plaintiff,**

-vs-                                    **Case No. 6:11-cv-1178-Orl-28DAB**

**ZENIMAX MEDIA, INC., and BETHESDA SOFTWORKS, LLC,**

        **Defendants.**
_____/

## ORDER

On January 5, 2012, the Court entered its Case Management and Scheduling Order in this case (Doc. 53), which, among other things, required the parties to consult and file a Notice of Mediation within fourteen (14) days from the date of that Order. The parties failed to do so. Accordingly, Plaintiff shall file the Notice of Mediation within seven (7) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __21st__ day of February, 2012.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge