IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAWRENCE WALEWSKI, individually and on behalf
of all others similarly situated,

      *Plaintiff*,                                    Case No. 6:11-cv-01178-JA-DAB

v.

ZENIMAX MEDIA INC., a Delaware Corporation,
and BETHESDA SOFTWORKS LLC, a Delaware
Limited Liability Company,

      *Defendants*.

_____/

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that mediation in the above-referenced case has been scheduled with Dye Ann Graham, Esq. of the mediation firm Upchurch Watson White & Max, as follows:

    Date of Mediation:  Friday, November 9, 2012
    Time:                     9:00 a.m.

    Location:             Upchurch Watson White & Max
                             1060 Maitland Center Commons
                             Paragon Building
                             Maitland, FL 32751

**ESTIMATED DURATION OF MEDIATION: 8 HOURS**

                                                          Respectfully Submitted,

Dated: February 28, 2012             EDELSON MCGUIRE LLC

                                                     By:  /s/ Bradley Baglien_____
                                                          Bradley Baglien

*Attorneys for Plaintiff*

Dated:  February 28, 2012                    HINKHOUSE WILLIAMS WALSH LLP

                                             By: /s/ Jason Nash
                                                     Jason Nash

                                             *Attorneys For Defendants ZeniMax Media Inc.*
                                             *and Bethesda Softworks LLC*

**CERTIFICATE OF SERVICE**

  The undersigned certifies that, on February 28, 2012, he caused the foregoing ***Notice of Mediation*** to be electronically filed using the Court's CM/ECF system, which will send notification of filing to counsel of record for each party.


Dated:  February 28, 2012    By: /s/ Bradley M. Baglien_____