IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAWRENCE WALEWSKI, individually and on behalf
of all others similarly situated,

      *Plaintiff*,                                 Case No. 6:11-cv-01178-JA-DAB

v.

ZENIMAX MEDIA, INC., a Delaware Corporation,
and BETHESDA SOFTWORKS, LLC, a Delaware
Limited Liability Company,

      *Defendants*,
_____/

## PLAINTIFF'S NOTICE OF APPEAL

      Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff Lawrence Walewski hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the March 13, 2012 dismissal order of the above entitled court (Docket No. 61 on the Clerk's Docket Report). A copy of the referenced order is attached hereto as Exhibit "A." Because the March 13, 2012 Order adopts in full Magistrate Judge Baker's Report and Recommendation dated January 30, 2012, a copy of the underlying Report and Recommendation (Docket No. 54 on the Clerk's Docket Report) is attached hereto as Exhibit "B."

Dated: April 3, 2012                                      Respectfully submitted,

                                                          /s/ Bradley Baglien
                                                          One of Mr. Walewski's Attorneys

EDELSON MCGUIRE LLC
Steven Teppler
steppler@edelson.com
5715 Firestone Court
Sarasota, FL 34238
Telephone: (941) 487-0050
Facsimile: (312) 572-7210

Jay Edelson (admitted *pro hac vice*)
Rafey Balabanian (admitted *pro hac vice*)
Bradley Baglien (admitted *pro hac vice*)
350 North LaSalle, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
jedelson@edelson.com
rbalabanian@edelson.com
bbaglien@edelson.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 3, 2012, he caused the foregoing *Notice of Appeal* to be electronically filed using the Court's CM/ECF system, which will send notification of filing to counsel of record for each party.  The undersigned further certifies that the foregoing document is being served this day via U.S. Mail on John T. Williams and Jason Nash, of Hinkhouse Williams Walsh, LLP, 180 N. Stetson Ave, Chicago, IL 60601, and William F. Jung, of Jung & Sisco, P.A., 101 E. Kennedy Blvd., Tampa, FL 33602.


Dated:  April 3, 2012                                      /s/ Bradley Baglien
                                                           EDELSON MCGUIRE LLC
                                                           350 North LaSalle
                                                           Chicago, IL 60654
                                                           Telephone: (312) 589-6370
                                                           Facsimile: (312) 589-6378

                                                           *Attorney for Plaintiff Lawrence Walewski*